1  Neal F. Morrow III (SBN 295497)
   lawclerk@calemonlawteam.com
2  eservice@calemonlawteam.com
   MFS LEGAL, INC.
3  21143 Hawthorne Blvd., Ste 514
   Torrance, CA 90503
4  TEL: (562) 379-2654

5  Attorney For Plaintiff
   NICOLE MARIE OWENS
6
   AMIR NASSIHI (SBN 235936)
7  anassihi@shb.com
   PETRA M. FAKHOURI (SBN 348528)
8  pfakhouri@shb.com
   SHOOK, HARDY & BACON L.L.P.
9  555 Mission Street, Suite 2300
   San Francisco, CA 94105
10 TEL: (415) 544-1900 | FAX: (415) 391-0281

11 NAOKI KANEKO (SBN 252285)
   nkaneko@shb.com
12 SHOOK, HARDY & BACON L.L.P.
   Jamboree Center 5 Park Plaza, Suite 1600
13 Irvine, CA 92614-2546
   Tel: (949) 475-1500 | Fax: (949) 475-0016
14
   Attorneys for Defendant
15 NISSAN NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MARIE OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC. a corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:   2:24-cv-02073-DJC-CSK<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim |

1

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

1  Plaintiff NICOLE MARIE OWENS and Defendant NISSAN NORTH AMERICA, INC.
2  hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed
3  with prejudice as to all claims, causes of action, and parties, with each party bearing that party's
4  own attorney's fees and costs.

5

6  Date:  January 6, 2026                        MFS Legal Inc.

7
                                                 */s/ Neal F. Morrow*
8                                                Neal F. Morrow III
9                                                Attorneys for Plaintiff

10

11 Date:  January 6, 2026                        SHOOK HARDY & BACON LLP

12
                                                 */s/ Petra M. Fakhouri*
13                                               Amir Nassihi
14                                               Jason M. Richardson
                                                 Petra M. Fakhouri
15                                               Attorneys for Defendant
16                                               Nissan North America, Inc.

17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER OF DISMISSAL**

2     Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

3 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED

4 WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that

5 party's own attorney's fees and costs.  The Clerk is directed to close the file.

7 Date:  January 7, 2026              */s/ Daniel J. Calabretta*

8                                           THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRCIT JUDGE

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL